AUSA: Rajesh Prasad　　　　Telephone: (313) 226-0821
AO 91 (Rev. 11/11) Criminal Complaint　　Special Agent: Roger Wechter　　Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Theodore JARRELL

Case No.

Case: 2:25−mj−30130
Assigned To : Unassigned
Assign. Date : 3/11/2025
Description: RE: SEALED MATTER (EOB)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2022 to February 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a) | Posession with intent to distribute a controlled substances |
| 18 USC § 922(g) | Felon in possession of a firearm |
| 18 USC § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Roger Wechter
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 11, 2025

City and state: Detroit, MI

_____
Judge's signature

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Roger Wechter, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May of 2017. I am currently assigned to the FBI Detroit Division's Strike Force Group 1. Prior to working for the FBI, I was a police officer for 14 years with the Bloomfield Township Police Department. I have participated in and conducted hundreds of investigations involving federal and state violations including, but not limited to, crimes involving illegal drug trafficking.

2. The statements contained in this affidavit are based upon my experience as a former police officer and as a current FBI Special Agent, information provided by police officers, other Special Agents of the FBI, other law enforcement personnel, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. As explained below, there is probable cause to believe that Theodore Paris JARRELL (XX/XX/1971) has committed violations of Title 21, United States Code, Section 841(a), Possession with Intent to Distribute a Controlled Substance;

Title 18, United States Code, Section 922(g), Felon in Possession of a Firearm; and Title 18, United States Code, Section 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

## Probable Cause

4.     In August of 2022, the Sterling Heights Police Department received information from a Confidential Source (CS) stating Theodore JARRELL was distributing large quantities of cocaine in the Detroit, Michigan area. The CS stated JARRELL distributes the narcotics from his residence located at 14810 Coram St., Detroit, Michigan, and is known to drive a black Ford F-150.

5.     The Sterling Heights Police Department furthered the investigation into JARRELL by using the CS to perform two controlled purchases of cocaine from JARRELL: once in the month of December of 2022 and a second in January of 2023. Also, in January of 2023 and while performing surveillance on JARRELL, the Sterling Heights Police Department observed JARRELL discard three black garbage bags into a dumpster near his residence. Investigators were able to later collect all three bags and inspect them. In one of the bags, investigators located a piece of mail addressed to Theodore JARRELL at 14810 Coram St., Detroit, Michigan. In the same bag investigators also located a gallon sized Ziploc bag, a small sandwich sized plastic bag, and a shoebox all of which contained a white powdery residue. The white powdery residue from the two bags later tested positive for the presence of cocaine.

6.      In January of 2023 and pursuant to a search warrant issued in the State of Michigan 41A District Court, the Sterling Heights Police Department executed a residential search warrant at JARRELL's residence located at 14810 Coram St., Detroit, Michigan. During the search of the JARRELL's residence, investigators located various amounts of suspected narcotics, a digital scale, baggies, and an amount of U.S. currency on the kitchen counter, suspected cocaine in the center console of JARRELL's Ford F-150 in the driveway, a 9mm handgun containing six rounds of ammunition and .38 caliber ammunition in a nightstand in the master bedroom, a hydraulic press commonly used by drug traffickers to repackage their narcotics for sale in a northeast bedroom, five .45 caliber rounds of ammunition in the southeast bedroom, a .45 caliber handgun containing three rounds of ammunition in a kitchen cabinet, and over $20,000 U.S. currency in a safe and inside the pockets of a pair of pants in the master bedroom. JARRELL, present at the residence during the execution of the search warrant, voluntarily admitted to possessing the narcotics found in the box on the kitchen table.

7.      In February of 2025, the suspected narcotics located during the search of JARRELL's residence were tested by the Oakland County Sheriff's Office Forensic Science Laboratory. A total of 68 grams tested positive for fentanyl, 237.7 grams tested positive for methamphetamine, and 65.2 grams tested positive for cocaine.

8.  JARRELL has prior felony convictions in the state of Michigan including two counts of second-degree murder in 1992, possession of less than 25 grams of a controlled substance in 2001, possession of 1000 grams or more of a controlled substance and felony firearm in 2008.

## Conclusion

9.  Based on this information, there is probable cause to believe that Theodore JARRELL committed violations of Title 21, United States Code, Section 841(a), Possession with Intent to Distribute a Controlled Substance; Title 18, United States Code, Section 922(g), Felon in Possession of a Firearm; and Title 18, United States Code, Section 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

_____
Special Agent Roger Wechter
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

March 11, 2025